**Thomas Monaghan, ISB #7675**
Kiiha & Monaghan PLLC
590 W Washington St
Boise, ID 83702
(208) 813-4766
tom@tmonaghanlaw.com

Attorney for Defendant
RICARDO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE AMANDA K. BRAILSFORD)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | **Case No. 1:24-cr-00008-AKB** |
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW AND** |
| vs. | ) | **FOR APPOINTMENT OF** |
| | ) | **SUBSTITUTE COUNSEL** |
| RICARDO RODRIGUEZ, | ) | |
| | ) | **[Expedited Hearing Requested]** |
| Defendant. | ) | |
| | ) | |

TO:   JOSHUA HURWIT, UNITED STATES ATTORNEY
        DAVID MORSE, ASSISTANT UNITED STATES ATTORNEY

Pursuant to Local Criminal Rule 44.1(b), Thomas Monaghan, of Kiiha & Monaghan PLLC, attorney for Ricardo Rodriguez, hereby moves this honorable Court for leave to withdraw from further representation of Mr. Rodriguez in the above-referenced case to appoint a new attorney as substitute counsel.

MOTION TO WITHDRAW AND FOR
APPOINTMENT OF SUBSTITUTE COUNSEL - 1

Defense counsel maintains that following the detention hearing conducted in Mr. Rodriguez's case, he learned of an actual and unavoidable conflict of interest requiring the appointment of new counsel for Mr. Rodriguez, unencumbered with such an obstacle. The existence of this actual conflict of interest prevents current defense counsel from providing Mr. Rodriguez with effective assistance of counsel. This motion is timely, given that it is being brought shortly after defense counsel's discovery of this conflict, which was in no way caused by Mr. Rodriguez.

Judge Patricco previously appointed defense counsel for Mr. Rodriguez based on the determination that he could not afford to retain his own attorney. See 18 U.S.C. § 3006A(b). Mr. Rodriguez's financial circumstances have not materially changed since that determination; therefore, substitute counsel should be appointed for Mr. Rodriguez expeditiously to ensure he receives effective assistance of counsel going forward.

Defense counsel has notified both Mr. Rodriguez and counsel for the government of the existence of a conflict and, consequently, the necessity of obtaining substitute counsel to take over Mr. Rodriguez's representation.

This motion is supported by the supporting affidavit of counsel, which will be filed contemporaneously with this motion, ex parte and under seal.

Accordingly, defense counsel respectfully requests this Court to grant him leave to withdraw as counsel in this case and to appoint substitute counsel at the earliest possible opportunity. **Defense counsel respectfully requests the Court hear this motion on an expedited basis. To permit such expeditious resolution of this motion and the appointment of substitute counsel, defense counsel agrees the motion can be granted without the need for oral argument.**

Dated: February 5, 2024     Respectfully submitted,

/s/ Thomas Monaghan
Thomas Monaghan
Kiiha & Monaghan PLLC
Attorney for Defendant
RICARDO RODRIGUEZ

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on February 05, 2024, I caused a true and correct copy of the foregoing legal document to be served upon the individual named below in the manner so indicated:

David Morse, Assistant United States Attorney
United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID   83702

/s/Thomas Monaghan